William Michael
2509 Kingsway Road
Fort Washington, MD 20744

September 15, 2006

Honorable Judge Richard L. Leon
US District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

**RECEIVED**

SEP 1 9 2006

JUDGE RICHARD LEON

Subject: Civil Action No. 06 1506 / Filed: Aug 28 2006

Dear Judge Leon,

I am a friend of Maurice Ceasar who has been incarcerated in the DC city jail since about May 28 2006. I have no legal training so I don't know if I am following proper procedures but Mr. Ceasar asked me to inform you that he has sent an application to proceed in forma pauperis and he is providing the court with a copy of his fund account for the time he has been in jail.

Mr. Ceasar is in the process of sending another copy to be assured that the court requirements are satisfied.

Let me know if there is anything else he needs to provide to the court.


Sincerely,


William Michael

*[signature: William Michael]*

cc: Maurice Ceasar