Maurice Ceasar #208-880
CCA-E2A-Unit
1901 E Street S.E.
Washington D.C. 20003

(Additional)

Account Balance & funds    (September 25, 2006)    CASE NO# 1:06-cv-01506-UNA
Info. From CCA.

DEAR Honorable Judge Richard J. Leon,

Sir, I hope this letter finds you in the Best of Health and Spirit in all of your endeavors.

(Your Honor) — CCA Inmate Account Info- (Addictionable)
Through the weeks September 4, 2006 to September 18, 2006 and this week of Sept. 25, 2006 I have sent copies of my 3 to 4½ months Balance trust Fund to you— to show that I only Get little help from monthly allowance and wish to have at CCA account that you take cut a monthly amount for my (Filing Fee) at the U.S. District Court Civil Claim Division — So I can continue my file of Civil complaint and Claim.

(Your Honor)
I wish to here from you on getting an attorney assigned there of. Representing (or) do I have to provide my own attorney to Represent me. I do have 100's and 1000's of witnesses (Your Honor). (Your Honor) may you write me — to let me know what is needed at this time and your decisions on Fee issue — and in forma - pauperis.

I hope that you can seen that my life has Been totally mock and Displace — By the discreditable and Imputed Depravity of mishaps. Your Honor, I can only ask (why) and what was on the persons mind to use this Frivolous attack, to cause harm to my life and privacy - This does concerns the Constitution Rights. Also He or the Sources that I ask This Honorable Court to (order) the Reporters or Producers who Allow - This - without Conformation to happen- to Realize this Person contacted them use my W2-tax form and denied me(From) them after He barred me From getting them Filed - Respectfully Yours Maurice Ceasar

CCA-E-2A UNIT
1901 E Street S.E.
Washington D.C. 20003

CASE NO ※ 1:06-CV-01506-UNA

September 25, 2006

Dear Honorable Judge Richard J. Leon,

I hope this letter finds - you in the best of health and spirit in all your future endeavors. I hope that you're bless by God, with all this in your best of interest.

Your Honor,

I wish to ask this Honorable District Court under 28-§ 1915 (E) Request an Attorney to Represent me in my Civil Case ※ Docket 1:06-cv-01506-UNA.

Your Honor,

I do have other concerns in this civil matter to have an attorney assigned, that I will wish to have assist me in those evidence and witnesses endeavors.

May this Honorable Court - let me know what I must do to obtain an attorney if I am indigent and have filed the Informa Pauperis and stated my account on timely fashion:

I lost my Jobs out in Society, Home, Social Spaces and privacy my (W2-Forms) was used without my permission by one of the sources.
By all means, its more to be done to stop the Displacement of me ever having my life as a norm.
Please may you Grant me an Attorney in this Civil matter.

Respectfully Yours
Maurice Ceasar (208880)

## CORRECTIONS CORPORATION OF AMERICA
## CORRECTIONAL TREATMENT FACILITY

### INMATE ACCOUNT BALANCE

MS. WOOTEN, OR WHOM MAY CONCERN   9-18-06
**To** _____ **Date** _____

MAURICE CEASAR, #208880   E-2A
**From** _____ **DCDC#** _____ **Housing Unit** _____

## REQUEST MAY BE MADE ONCE A MONTH

**Inmate Signature** _Maurice Ceasar 208880_ **Date** 9-18-06

**Caseworker or**
**Officer Signature** _____ **Date** _____

RUN DATE 09/18/06          CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 16:05.19                  INMATE TRANSACTIONS

                    Bookin 208680
                    Name CEASAR MAURICE
                    Race B  Sex M     DOB  02/08/60
                    Remarks REBOOK
                    Status RB Freeze N  Date 06/19/06   Time 11:36:27
                    Current Balance    21.50  Location CCA

| Date | Time | Emp | Type | Debit | Credit | Inmate BAL | Receipt |
|------|------|-----|------|-------|--------|-----------|---------|
| 06/19/06 | 11:36:51 | 4193 | ReBook | | | 0.00 | 661207960 |
| ReBook | | | | 208680  CEASAR MAURICE | | | |
| 06/19/06 | 11:37:06 | 4193 | Deposit | | 13.00 | 13.00 | 661207961 |
| MONEY ORDER #08858654546007471/482/493/504DC DOC | | | | | | | |
| 06/21/06 | 16:08:29 | 1091 | Comm Sal | 14.27 | | 0.73 | N/A |
| 47    0 06/21/06 16:08 | | | | CEASAR MAURICE | | | |
| 06/27/06 | 12:27:34 | 9744 | Deposit | | 13.00 | 13.73 | 661208348 |
| 09491636654 | | | | MONEY ORDER | | | |
| 06/27/06 | 12:29:37 | 9744 | Deposit | | 20.00 | 33.73 | 661208003 |
| 08854707396 | | | | MONEY ORDER | | | |
| 06/27/06 | 12:33:19 | 9744 | Deposit | | 30.00 | 65.73 | 661208557 |
| 08848631351 | | | | MONEY ORDER | | | |
| 06/28/06 | 16:37:09 | 1091 | Comm Sal | 26.83 | | 38.90 | N/A |
| 47    0 06/28/06 16:37 | | | | CEASAR MAURICE | | | |
| 07/05/06 | 15:16:44 | 4193 | Comm Sal | 20.69 | | 18.21 | N/A |
| 47    0 07/05/06 15:16 | | | | CEASAR MAURICE | | | |
| 07/12/06 | 15:41:01 | 1091 | Comm Sal | 17.98 | | 0.23 | N/A |
| 47    0 07/12/2006 15:41 | | | | CEASAR MAURICE | | | |
| 07/14/06 | 18:06:27 | 9744 | Deposit | | 20.00 | 20.23 | 661211094 |
| 08843016216 | | | | MONEY ORDER | | | |
| 07/18/06 | 11:38:10 | 9744 | Deposit | | 15.00 | 35.23 | 661211379 |
| 09491634933 | | | | MONEY ORDER | | | |
| 07/19/06 | 15:35:48 | 1091 | Comm Sal | 30.63 | | 4.60 | N/A |
| 47    0 07/19/2006 15:35 | | | | CEASAR MAURICE | | | |
| 07/27/06 | 15:52:36 | 4193 | Comm Sal | 4.11 | | 0.49 | N/A |
| 47    0 07/27/2006 15:52 | | | | CEASAR MAURICE | | | |
| 08/02/06 | 09:12:17 | 9744 | Deposit | | 3.80 | 4.29 | 661212979 |
| | | | | COMMISSARY REFUND 7/19/06 | | | |
| 08/09/06 | 16:14:48 | 4193 | Comm Sal | 3.25 | | 1.04 | N/A |
| 47    0 08/09/06 16:14 | | | | CEASAR MAURICE | | | |
| 08/11/06 | 10:34:20 | 9744 | Deposit | | 30.00 | 31.04 | 661214045 |
| 08854738233 | | | | MONEY ORDER | | | |

```
RUN DATE 09/18/06          CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 16:03:20                   INMATE TRANSACTIONS

                    BookIn 208880
                     Name CEASAR MAURICE
                      Race B  Sex M    DOB  02/08/60
                    Remarks REBOOK
                     Status RB Freeze N  Date 06/19/06   Time 11:36:27
                  Current Balance      21.30  Location E2A
08/16/06 16:09:28 4193   Comm Sal              38.27                    0.77 N/A
47   0 08/16/06 16:09                    CEASAR MAURICE
--------------------------------------------------------------------------------
08/23/06 14:08:18 9744   Deposit                       20.00    20.77 G61215682
10221602916                              MONEY ORDER
--------------------------------------------------------------------------------
09/07/06 16:05:55 4193   Comm Sal              20.54                    0.23 N/A
47   0 09/07/06 16:05                    CEASAR MAURICE
--------------------------------------------------------------------------------
09/11/06 16:23:20 9744   Deposit                       20.00    20.23 G61217642
09878720578                              MONEY ORDER
--------------------------------------------------------------------------------
09/13/06 15:04:17 4193   Comm Sal              18.73                    1.50 N/A
47   0 09/13/06 15:04                    CEASAR MAURICE
--------------------------------------------------------------------------------
09/18/06 15:05:48 9744   Deposit                       20.00    21.30 G61218430
8913616343                               WESTERN UNION
--------------------------------------------------------------------------------


            Inmate Signature _____
```